# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN HARDAWAY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | 1:14-CV-0542-CAP |
| ) | |
| SGT. DWIGHT HAMILTON, ) | |
| individually and in his official ) | |
| capacity for the DeKalb County ) | |
| Sheriff's Office; and LIEUTENANT ) | |
| LEONARD DREYER, individually ) | |
| and in his official capacity for the ) | |
| DeKalb County Sherriff's Office, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Kevin Hardaway hereby respectfully appeals to the United States Court of Appeals for the Eleventh Circuit from the ORDER (Dkt. 114) in favor of Defendants Sgt. Dwight Hamilton and Lieutenant Leonard Dryer in their official capacities for the DeKalb County Sherriff's Office on their Motion to Dismiss Plaintiff's Amended Complaint Against Defendants In Their Official Capacities (Dkt. 92), entered on October 7, 2020.

Respectfully submitted this 6th day of November, 2020.

                                      *s/ Jeffrey J. Costolnick*
                                      Lauren H. Zeldin
                                      Georgia Bar No. 368999
                                      Jeffrey J. Costolnick
                                      Georgia Bar No. 637168
                                      OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.
                                      One Ninety One Peachtree Tower
                                      191 Peachtree Street, N.E., Suite 4800
                                      Atlanta, Georgia 30303
                                      Telephone:  (404) 881-1300
                                      Facsimile:   (404) 870-1732
                                      lauren.zeldin@ogletree.com
                                      jeffrey.costolnick@ogletree.com

                                      *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN HARDAWAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. DWIGHT HAMILTON, )<br>individually and in his official )<br>capacity for the DeKalb County )<br>Sheriff's Office; and LIEUTENANT )<br>LEONARD DREYER, individually )<br>and in his official capacity for the )<br>DeKalb County Sherriff's Office, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>1:14-CV-0542-CAP |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of November, 2020, I filed this Certificate of Service of Plaintiff Kevin Hardaway's **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

Laura K. Johnson – Deputy County Attorney
Nikisha L. McDonald – Supervising Attorney
Omari J. Crawford – Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
lkjohnson@dekalbcountyga.gov
nmcdonald@dekalbcountyga.gov
ojcrawford@dekalbcountyga.gov

David Cheng, Esq.
Law Office of David Cheng
260 Peachtree Street, NW, Suite 2200
Atlanta, Georgia 30303
david@considerdavidcheng.com

And placed a hard copy in the U.S. Mail, postage prepaid, addressed to:

Leonard Dreyer
757 Arcadia Avenue
Decatur, Georgia, 30030
(Pro Se)

       *s/ Jeffrey J. Costolnick*
       Jeffrey J. Costolnick

44663145.1