Case 1:14-cv-00542-AJB   Document 250   Filed 11/17/22   Page 1 of 5

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 17 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| KEVIN HARDAWAY, | :: |
| | :: |
| Plaintiff, | :: |
| | :: CIVIL ACTION FILE |
| v. | :: |
| | :: NO. 1:14-CV-0542-AJB |
| DWIGHT HAMILTON and LEONARD DREYER, | :: |
| | :: |
| Defendants. | :: |

## VERDICT

**Do you find from a preponderance of the evidence:**

1. That Dwight Hamilton intentionally committed acts that violated Kevin Hardaway's right to be free from cruel and unusual punishment in the form of excessive force as prohibited by the Eighth Amendment?

Answer Yes or No ___YES Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Dwight Hamilton's actions were "under color" of state law?

Answer Yes or No    YES Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Dwight Hamilton's unconstitutional conduct caused Kevin Hardaway to suffer more than a minimal physical injury?

Answer Yes or No    YES Yes

If your answer is "No," Kevin Hardaway is awarded nominal damages in the amount of $1.00, and you should go to Question Number 5.

If your answer is "Yes," go to the next question.

4. That Kevin Hardaway should be awarded compensatory damages against Dwight Hamilton to compensate Kevin Hardaway for physical and/or emotional injury?

Answer Yes or No    YES Yes

If your answer is "Yes," in what amount? $ 60,020 , and then proceed to Question No. 5.

If your answer is "No," go to the next question.

5. That Dwight Hamilton acted with malice or reckless indifference to Kevin Hardaway's federally protected rights and that punitive damages should be assessed against Dwight Hamilton?

Answer Yes or No ___YES___ Yes

If your answer is "Yes," in what amount? $ 100,000    $100,000

**Do you find from a preponderance of the evidence:**

6. That Leonard Dreyer intentionally committed acts that violated Kevin Hardaway's right to be free from cruel and unusual punishment in the form of excessive force as prohibited by the Eighth Amendment?

Answer Yes or No ___YES___ Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

7. That Leonard Dreyer's actions were "under color" of state law?

Answer Yes or No ___YES___ Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.]

3

8. That Leonard Dreyer's unconstitutional conduct caused Kevin Hardaway to suffer more than a minimal physical injury?

Answer Yes or No ___YES___ Yes

If your answer is "No," Kevin Hardaway is awarded nominal damages in the amount of $1.00, and you should go to Question Number 10. If your answer is "Yes," go to the next question.

9. That Kevin Hardaway should be awarded compensatory damages against Leonard Dreyer to compensate Kevin Hardaway for physical and/or emotional injury?

Answer Yes or No ___YES___ Yes

If your answer is "Yes," in what amount? $ __20,000__ , and then proceed to Question No. 10.

$20,000

If your answer is "No," go to the next question.

10. That Leonard Dreyer acted with malice or reckless indifference to Kevin Hardaway's federally protected rights and that punitive damages should be assessed against Leonard Dreyer?

Answer Yes or No ___YES___ Yes

$75,000

If your answer is "Yes," in what amount? $__75,000__

4

SO SAY WE ALL.

_____ C. Denn
Foreperson's Signature

Date: 11/17/2022

11/17/2022