IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN HARDAWAY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. |
| | ) 1:14-CV-0542-AJB |
| | ) |
| SGT. DWIGHT HAMILTON; | ) |
| LEONARD DREYER | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |
| | ) |

_____

## NOTICE OF APPEAL

Notice is hereby given that Defendant Sgt. Dwight Hamilton in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a civil judgment entered in this action on November 28, 2022.

Submitted this __19th__ day of December, 2022.

/s/ David G. Cheng
David G. Cheng, Esq.
Georgia Bar No. 762468
260 Peachtree St. NW

Suite 2200  
Atlanta, Georgia 30303  
Telephone:  334-451-4346  
Facsimile:    312-626-2487  
Email:david@considerdavidcheng.com  
*Attorney for Defendant Sgt. Hamilton*