**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KEVIN HARDAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:14-CV-0542-CAP |
| | ) | |
| SGT. DWIGHT HAMILTON, | ) | |
| individually and in his official | ) | |
| capacity for the DeKalb County | ) | |
| Sheriff's Office; and LIEUTENANT | ) | |
| LEONARD DREYER, individually | ) | |
| and in his official capacity for the | ) | |
| DeKalb County Sherriff's Office, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Kevin Hardaway hereby

respectfully appeals to the United States Court of Appeals for the Eleventh Circuit

from the ORDER (Dkt. 114) in favor of Defendants Sgt. Dwight Hamilton and

Lieutenant Leonard Dryer in their official capacities for the DeKalb County

Sherriff's Office on their Motion to Dismiss Plaintiff's Amended Complaint Against

Defendants In Their Official Capacities (Dkt. 92), entered on October 7, 2020.

Respectfully submitted this 27th day of December, 2022.

> *s/ Jeffrey J. Costolnick*
> Lauren H. Zeldin
> Georgia Bar No. 368999
> Jeffrey J. Costolnick
> Georgia Bar No. 637168
> OGLETREE, DEAKINS, NASH,
>   SMOAK & STEWART, P.C.
> One Ninety One Peachtree Tower
> 191 Peachtree Street, N.E., Suite 4800
> Atlanta, Georgia 30303
> Telephone:  (404) 881-1300
> Facsimile:   (404) 870-1732
> lauren.zeldin@ogletree.com
> jeffrey.costolnick@ogletree.com
>
> *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KEVIN HARDAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:14-CV-0542-CAP |
| | ) | |
| SGT. DWIGHT HAMILTON, | ) | |
| individually and in his official | ) | |
| capacity for the DeKalb County | ) | |
| Sheriff's Office; and LIEUTENANT | ) | |
| LEONARD DREYER, individually | ) | |
| and in his official capacity for the | ) | |
| DeKalb County Sherriff's Office, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 27th day of December 2022, I filed this

**PLAINTIFF'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to all attorneys

of record:

Michael P. Kohler
Elizabeth J. Marquardt
MILLER & MARTIN, PLLC
1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309
Michael.Kohler@millermartin.com
Elizabeth.Marquardt@millermartin.com

Lynsey M. Barron
BARRON LAW LLC
3104 Briarcliff Road
P.O. Box 29964
Atlanta, Georgia 30359
lynsey@barron.law

David Cheng, Esq.
Law Office of David Cheng
260 Peachtree Street, NW, Suite 2200
Atlanta, Georgia 30303
david@considerdavidcheng.com

And by E-Mail and U.S. Mail, postage prepaid, addressed to:

Laura K. Johnson – Deputy County Attorney
Nikisha L. McDonald – Supervising Attorney
Omari J. Crawford – Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
lkjohnson@dekalbcountyga.gov
nmcdonald@dekalbcountyga.gov
ojcrawford@dekalbcountyga.gov

*s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168